UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| E.H, by and through next friend, M.H., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00011 ERW |
| ) | |
| GREGORY GILLILAND, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter comes before the Court on Defendant's Second Motion to Strike Expert Designations [doc. #69].

Defendant filed this motion after Plaintiff failed to supply opposing counsel with an expert report in accordance with this Court's March 8, 2007 order. Plaintiff has agreed to withdraw Mr. Peterson as an expert witness, and therefore Defendant's Motion is denied. Mr. Peterson will not be permitted to testify at trial as an expert witness.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Second Motion to Strike Expert Designations [doc. #69] is **DENIED as moot.**

Dated this 12th Day of April, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1