**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| E.H., a minor, by her next friend, M.H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV00011 ERW |
| | ) |
| GREGORY GILLILAND, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Jury Trial in this matter is scheduled for **June 18, 2007**. Defendant Gregory Gilliland is in the custody of the Farmington Correctional Center, 1012 West Columbia Street, Farmington, MO 63640 and his presence is necessary for the Jury Trial.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall immediately issue a Writ of Habeas Corpus Ad Testificandum for the attendance of Gregory Gilliland to appear for the Jury Trial beginning on **June 18, 2007**, at **8:30 a.m.** and shall immediately serve three certified copies of said Writ on the Superintendent of the Farmington Correctional Center in Farmington, Missouri.

So Ordered this 4th Day of June , 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE