UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| E.H., by and through Next Friend M.H., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00011-ERW |
| ) | |
| GREGORY GILLILAND, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the memorandum and order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Gregory Gilliland shall have Judgment against Plaintiff E.H. on Count V of the Amended Complaint. Count V of Plaintiff E.H.'s Amended Complaint is **DISMISSED with prejudice**.

Dated this 20th Day of June, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE